UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL RABY,

                Plaintiff,

-against-

SBDS TRANSPORT, LLC, and INDERJIT SINGH,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2024___

24 Civ. 13 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      On January 2, 2024, Defendants, SBDS Transport, LLC, and Inderjit Singh, filed a notice of removal from the Supreme Court of New York, Bronx County. ECF No. 1.

      Accordingly, by **January 18, 2024**, Plaintiff shall appear in this action and advise the Court whether he intends to contest removal. Defendants shall serve this order on Plaintiff and file proof of service on the docket by **January 11, 2024**.

      SO ORDERED.

Dated: January 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge