```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL RABY,

                Plaintiff,

-against-

SBDS TRANSPORT, LLC, and INDERJIT SINGH,

                Defendants.

24 Civ. 13 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On January 2, 2024, Defendants, SBDS Transport, LLC, and Inderjit Singh, filed a notice of removal from the Supreme Court of New York, Bronx County. ECF No. 1. The Court ordered Plaintiff to advise the Court whether he intends to contest removal by January 18, 2024. ECF No. 4. The Court also ordered Defendants to serve this order on Plaintiff and file proof of service by January 11, 2024. *Id.* The parties missed both deadlines, although Defendants filed proof of service on January 19, 2024. ECF No. 8.

    Accordingly, by **February 9, 2024**, Plaintiff shall advise the Court whether he intends to contest removal. Defendants shall serve this order on Plaintiff and file proof of service on the docket by **February 2, 2024**.

    SO ORDERED.

Dated: January 25, 2024
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge