UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RABY,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>SBDS TRANSPORT, LLC, ET AL.,<br><br>　　　　　　Defendants. | 24-CV-00013 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff shall provide the requested medical records authorization and identify the medical provider discussed at the conference by **August 19, 2024**; Plaintiff shall respond to Defendants' third document demand by **August 28, 2024**. In light of Plaintiff's anticipated surgery in September, the deadline for fact discovery is extended until **November 13, 2024** and the deadline for expert discovery is extended until **December 27, 2024**. The parties' time to complete mediation is extended until **October 21, 2024**. No further extensions of these deadlines will be granted absent very good cause shown.

DATED:　August 15, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge