UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL RABY,

                Plaintiff,

-against-

SBDS TRANSPORT, LLC, ET AL.,

                Defendants.

24-CV-00013 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This action is scheduled for a telephonic conference on **September 26, 2024, at 10:30 AM**, to address Defendant's letter-motion at ECF 27. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 999 492 66 #.**

DATED:  September 19, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge