```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/31/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL RABY,

                Plaintiff,

-against-

SBDS TRANSPORT, LLC, and INDERJIT SINGH,

                Defendants.

24 Civ. 13 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters at ECF Nos. 55–57, 59, and 64. Accordingly:

1. The parties' requests for a pre-motion conference are DENIED;
2. The parties' requests to move for summary judgment are GRANTED;
3. By **April 28, 2025**, Plaintiff shall file his motion and any supporting papers;
4. By **May 27, 2025**, Defendants shall file their motion, their opposition to Plaintiff's motion, and any supporting papers;
5. By **June 16, 2025**, Plaintiff shall file his opposition to Defendants' motion and his reply in support of his own motion, if any; and
6. By **July 7, 2025**, Defendants shall file their reply in support of their own motion, if any.

    SO ORDERED.

Dated: March 31, 2025
       New York, New York

                                                        ANALISA TORRES
                                                United States District Judge